STEVEN G. KALAR
Federal Public Defender
JOHN PAUL REICHMTUH
Assistant Federal Public Defender
1301 Clay St., Suite 1350N
Oakland, CA 94612
Telephone:  (510) 637-3500
Fax: (510) 637-3507

Counsel for Defendant
MICHAEL WARD

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 16-485-JST |
| PLAINTIFF, | STIPULATION TO CONTINUANCE; [PROPOSED] ORDER |
| v. | |
| MICHAEL WARD, | |
| DEFENDANT. | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the STATUS date of February 24, 2017 presently scheduled at 9:30 a.m., before the Honorable Jon S. Tigar, be vacated and re-set for April 21, 2017 at 9:30 a.m. for MOTIONS HEARING.  The parties also stipulate to the following briefing schedule:  Motions:  March 10; Opposition: March 24; Replies: April 7.

The requested continuance is necessary because the parties need to research, investigate and draft motions and responses in this matter.  The requested continuance is sought under the Speedy Trial Act.  The parties agree and stipulate that the time until April 21, 2017 should be excluded, under 18 U.S.C. §3161(H)(7)(A) and (B)(iv), because the ends of justice served by the granting of the continuance outweigh the bests interests of the public and the defendant in a

CR 16-485 JST
Stip. to Continuance; [Proposed] Order

1

speedy and public trial.  The continuance is necessary to accommodate counsel's preparation efforts.

DATED: February 23, 2017            /S/
                   JOHN PAUL REICHMUTH
                   Assistant Federal Public Defender
                   Counsel for Defendant MICHAEL WARD

DATED: February 23, 2017            /S/
                   MICHELLE BAZU
                   Assistant United States Attorney

**ORDER**

Based on the reasons provided in the stipulation of the parties above, the court hereby FINDS:

1. The ends of justice served by the granting of the continuance from February 24, 2017 until April 21, 2017 outweigh the best interests of the public and the defendant in a speedy and public trial because additional investigation, research, drafting and review are necessary to both parties' litigation of motions in this case.

2. Additional time is needed for effective preparation of counsel .

Based on these findings, it is hereby

ORDERED that time be excluded under the Speedy Trial Act, 18 U.S.C. Section 3161(H)(7)(A) from February 24, 2017 until April 21, 2017.  Further, it is

ORDERED that the STATUS date of February 24, 2017 presently scheduled at 9:30 a.m.,

CR 16-485 JST
Stip. to Continuance; [Proposed] Order

1  before the Honorable Jon S. Tigar, be vacated and re-set for April 21, 2017 at 9:30 a.m. for

2  MOTIONS HEARING and that he parties adhere to the following briefing schedule:  Motions:

3  March 10; Opposition: March 24; Replies: April 7.

4

5        IT IS SO ORDERED.

6  DATED: February 23, 2017

        _____
        HON. JON S. TIGAR
7       UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25  CR 16-485 JST
    Stip. to Continuance; [Proposed] Order

3