| | |
|---|---|
| 1 | BRIAN J. STRETCH (CABN 163973)<br>United States Attorney |
| 2 | |
| 3 | BARBARA J. VALLIERE (DCBN 439353)<br>Chief, Criminal Division |
| 4 | MICHELLE BAZU (CABN 266964)<br>Assistant United States Attorney |
| 5 | |
| 6 | 1301 Clay Street, Suite 340S<br>Oakland, California 94612 |
| 7 | Telephone: (510) 637-3680<br>FAX: (510) 637-3724<br>michelle.bazu@usdoj.gov |

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) Case No.: CR 16-00485 JST |
|---|---|
| Plaintiff, | ) **STIPULATION AND [PROPOSED] ORDER**<br>) **EXCLUDING TIME FROM MAY 2, 2017 TO** |
| v. | ) **MAY 26, 2017** |
| MICHAEL WARD, | ) |
| Defendant. | ) |

On May 2, 2017, the defendant, Michael Ward, represented by John Paul Reichmuth, Assistant Federal Public Defender, and the government, represented by Michelle Bazu, Assistant United States Attorney, appeared before the Honorable Jon S. Tigar for a suppression motion hearing. The matter was continued to May 26, 2017, at 9:30 a.m. to set further proceedings.

The parties agree to exclude the time between May 2, 2017 and May 26, 2017 from the time in which the defendant must be brought to trial pursuant to the Speedy Trial Act, 18 U.S.C. § 3131 *et al*. Defense counsel continues to conduct further investigation and research, and will need additional time to discuss the case with the defendant. Therefore, the parties agree that the time period of May 2, 2017 and May 26, 2017, inclusive, should be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv)

STIPULATION AND PROPOSED ORDER EXCLUDING TIME
CR 16--00485 JST

on the basis that the ends of justice served by the continuance outweigh the best interests of the public and defendant in a speedy trial, and failing to exclude this time would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

DATED: May 2, 2017 /s/
John Paul Reichmuth
Counsel for Michael Ward

DATED: May 2, 2017 /s/
MICHELLE BAZU
Assistant United States Attorney

STIPULATION AND PROPOSED ORDER EXCLUDING TIME
CR 16--00485 JST

1 **ORDER**

2     Based upon the representations of counsel and for good cause shown, the Court finds that failing
3 to exclude the time between from May 2, 2017 through May 26, 2017 would deny counsel the
4 reasonable time necessary for effective preparation, taking into account the exercise of due diligence.
5 18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the
6 time from May 2, 2017 through May 26, 2017 from computation under the Speedy Trial Act outweigh
7 the best interests of the public and the defendant in a speedy trial.  Therefore, **IT IS HEREBY**
8 **ORDERED** that the time from May 2, 2017 through May 26, 2017 shall be excluded from computation
9 under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

12 DATED: May 3, 2017_

                                            HONORABLE JON S. TIGAR
13                                             United States District Judge